| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF INDIANA |
| Case number *(if known)* _____  Chapter  11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Amrit Freight Transport, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  20-8618199

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7118 Hendrickson Lane  Indianapolis, IN 46237 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Marion | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor __Amrit Freight Transport, Inc.__   Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
|  |  |  |
|  |  |  |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor    Amrit Freight Transport, Inc.                    Case number (*if known*)
          Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Amrit Freight Transport, Inc.  Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 8, 2017
              MM / DD / YYYY

**X** /s/ Jatinder Singh                                    Jatinder Singh
Signature of authorized representative of debtor            Printed name

Title   President

**18. Signature of attorney**

**X** /s/ David R. Krebs                                    Date   August 8, 2017
Signature of attorney for debtor                                   MM / DD / YYYY

David R. Krebs
Printed name

Hester Baker Krebs LLC
Firm name

One Indiana Square, Suite 1600
211 N. Pennsylvania Street
Indianapolis, IN 46204
Number, Street, City, State & ZIP Code

Contact phone   (317) 833-3030          Email address

5521-49
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Amrit Freight Transport, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 8, 2017          X   /s/ Jatinder Singh
                                            Signature of individual signing on behalf of debtor

                                            Jatinder Singh
                                            Printed name

                                            President
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Amrit Freight Transport, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BMO Harris Bank, N.A. 300 E. John Carpenter Freeway Irving, TX 75062 | | 12 Trucks; 13 Trailers | | $1,159,026.75 | $1,061,000.00 | $98,026.75 |
| Hitachi Capital America Corp. 800 Connecticut Avenue Norwalk, CT 06854 | | 2017 Volvo (VIN ending in 973150) | | $144,010.88 | $80,000.00 | $64,010.88 |
| The Huntington National Bank 2361 Morse Road, NC3W67 Columbus, OH 43229 | | 2016 Kenworth Truck (VIN ending in 137061); 2016 Wabash Trailer (VIN ending in 943003) | | $137,640.27 | $75,000.00 | $62,640.27 |
| Santander Bank, N.A. Commercial Equip. & Vehicle Finance 3 Huntington Quadrangle, Suite 101N Melville, NY 11747 | | Two (2) Wabash Trailers (VINs ending in 967566 & 967574) | | $66,872.00 | $34,000.00 | $32,872.00 |
| Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | Credit Card | | | | $23,000.00 |
| Yoder Oil Company, Inc. P.O. Box 1097 Elkhart, IN 46515-1097 | | Open Account | | | | $3,643.84 |
| Crosspoint Power & Refrigeration 4301 W. Morris Street Indianapolis, IN 46241 | | Open Account | | | | $132.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor  Amrit Freight Transport, Inc.  
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Balboa Capital Corp.<br>575 Anton Blvd., 12th Floor<br>Costa Mesa, CA 92626 | | 2017 Wabash Trailer (VIN ending in 975216) | | Unknown | $17,000.00 | Unknown |
| BizBloom<br>131 Sunnyside Blvd., #108<br>Plainview, NY 11803 | | Accounts, Chattel Paper, Instruments, Goods, Equipment, Inventory, Farm Products, Documents, General Intangibles, Deposit Accounts, Letter of Credit R | | Unknown | Unknown | Unknown |
| Everbank Commercial Finance, Inc.<br>10 Waterview Blvd., 2nd Floor<br>Parsippany, NJ 07054 | | 4 Trucks; 1 Trailer | | $327,523.00 | Unknown | Unknown |
| First Midwest Equipment Finance Co.<br>80 North Gordon<br>Elk Grove Village, IL 60007 | | 2016 Freightliner CA125 Tractor (VIN ending in SW0969); 2016 Wabash Trailer (VIN ending in 924490) 2016 Wabash National 53X102 Dry Van Trailer (VIN e | | Unknown | $78,000.00 | Unknown |
| Great Plains Transportation Services Inc<br>P.O. Box 907<br>Fairmont, MN 56031 | | All Assets | | Unknown | Unknown | Unknown |
| Navitas Credit Corp.<br>814 Highway A1A North, Suite 205<br>Ponte Vedra Beach, FL 32082 | | Air Compressor, Jacks | | $10,720.23 | Unknown | Unknown |
| PACCAR Financial Corp.<br>1901 N. Roselle Road, Suite 900<br>Schaumburg, IL 60195-3187 | | | | $126,929.20 | Unknown | Unknown |
| Palmer Trucks, Inc.<br>2929 S. Holt Road<br>Indianapolis, IN 46241 | | 2016 Kenworth Truck (VIN endingin 103226) | | Unknown | $59,000.00 | Unknown |

Debtor   Amrit Freight Transport, Inc.                         Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Siemens Financial Services, Inc.<br>c/o Jason H. Guthrie, Esq.<br>P.O. Box 2086<br>Columbus, IN 47202-2086 | | 2014 Wabash Dry Van 53' (VIN ending in 814292) 2014 Wabash Dry Van 53' (VIN ending in 814287) 2014 Kenworth Construct T600 (VIN ending in 389064) | | $119,774.43 | Unknown | Unknown |
| VFS US LLC (Volvo Financial Services)<br>P.O. Box 26131<br>Greensboro, NC 27402 | | Two (2) 2016 Volvo VNL64T 670(S) (VINs ending in 959222 & 947892) with attachments: Two (2) APU(s) | | Unknown | $140,000.00 | Unknown |
| VFS US LLC (Volvo Financial Services)<br>P.O. Box 26131<br>Greensboro, NC 27402 | | 2017 Volvo VNL64T670 (VIN ending in 971655) with attachment: APU S/N PC6022 | | Unknown | $80,000.00 | Unknown |
| Wabash National Financial Services<br>655 Business Center Drive<br>Horsham, PA 19044 | | Two (2) 2017 Wabash Trailers (VINs ending in 972521 & 972522) | | Unknown | $34,000.00 | Unknown |

# United States Bankruptcy Court
## Southern District of Indiana

In re: Amrit Freight Transport, Inc.
Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jatinder Singh<br>7118 Hendrickson Lane<br>Indianapolis, IN 46237 | | | 100% Shareholder/Owner |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: August 8, 2017

Signature: /s/ Jatinder Singh
Jatinder Singh

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Indiana

In re: Amrit Freight Transport, Inc., Debtor(s)

Case No.
Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 8, 2017

/s/ Jatinder Singh
Jatinder Singh/President
Signer/Title

BALBOA CAPITAL CORP.
575 ANTON BLVD., 12TH FLOOR
COSTA MESA, CA 92626

BIZBLOOM
131 SUNNYSIDE BLVD., #108
PLAINVIEW, NY 11803

BMO HARRIS BANK, N.A.
300 E. JOHN CARPENTER FREEW
IRVING, TX 75062

CHASE
P.O. BOX 15298
WILMINGTON, DE 19850-5298

CROSSPOINT POWER & REFRIGERATION
4301 W. MORRIS STREET
INDIANAPOLIS, IN 46241

CT CORPORATION SYSTEM, ASR
330 N. BRAND BLVD., SUITE 700
ATTN: SPRS
GLENDALE, CA 91203

DAIMLER TRUCK FINANCIAL
MERCEDES-BENZ FINANCIAL SERVICES USA LLC
13650 HERITAGE PARKWAY
FORT WORTH, TX 76177

EVERBANK COMMERCIAL FINANCE, INC.
10 WATERVIEW BLVD., 2ND FLOOR
PARSIPPANY, NJ 07054

FIRST MIDWEST EQUIPMENT FIN
80 NORTH GORDON
ELK GROVE VILLAGE, IL 60007

GREAT PLAINS TRANSPORTATION SERVICES, INC.
P.O. BOX 907
FAIRMONT, MN 56031

HITACHI CAPITAL AMERICA CORP.
800 CONNECTICUT AVENUE
NORWALK, CT 06854

THE HUNTINGTON NATIONAL BA
2361 MORSE ROAD, NC3W67
COLUMBUS, OH 43229

NAVITAS CREDIT CORP.
814 HIGHWAY A1A NORTH, SUITE 205
PONTE VEDRA BEACH, FL 32082

PACCAR FINANCIAL CORP.
1901 N. ROSELLE ROAD, SUITE 900
SCHAUMBURG, IL 60195-3187

PALMER TRUCKS, INC.
2929 S. HOLT ROAD
INDIANAPOLIS, IN 46241

SANTANDER BANK, N.A.
COMMERCIAL EQUIP. & VEHICLE FINANCE
3 HUNTINGTON QUADRANGLE, SUITE 101N
MELVILLE, NY 11747

SIEMENS FINANCIAL SERVICES, INC.
C/O JASON H. GUTHRIE, ESQ.
P.O. BOX 2086
COLUMBUS, IN 47202-2086

JATINDER SINGH
7118 HENDRICKSON LANE
INDIANAPOLIS, IN 46237

VFS US LLC
(VOLVO FINANCIAL SERVICES)
P.O. BOX 26131
GREENSBORO, NC 27402

WABASH NATIONAL FINANCIAL SERVICES
655 BUSINESS CENTER DRIVE
HORSHAM, PA 19044

YODER OIL COMPANY, INC.
P.O. BOX 1097
ELKHART, IN 46515-1097

# United States Bankruptcy Court
## Southern District of Indiana

In re   Amrit Freight Transport, Inc.                                   Case No.
                                    Debtor(s)                           Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Amrit Freight Transport, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| August  8, 2017 | /s/ David R. Krebs |
| Date | David R. Krebs |
| | Signature of Attorney or Litigant |
| | Counsel for   Amrit Freight Transport, Inc. |
| | Hester Baker Krebs LLC |
| | One Indiana Square, Suite 1600 |
| | 211 N. Pennsylvania Street |
| | Indianapolis, IN 46204 |
| | (317) 833-3030 Fax:(317) 833-3031 |